McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7294

FILED

2005 MAY 12  A 11: 53

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
   DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 05-0089 LJO |
| Plaintiff, ) | ORDER |
| v. ) | |
| LEONARD HEREDIA, ) | |
| Defendant. ) | |

Pursuant to the request of the United States of America,

IT IS ORDERED THAT the Court's stay of its release order of the above-named defendant is hereby rescinded.

DATED: May 12, 2005

_____
SANDRA M. SNYDER
U.S. Magistrate Judge

1