1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7294

FILED

2005 MAY 12  A 11: 53

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 05-0089 LJO |
| Plaintiff, | ORDER |
| v. | |
| LEONARD HEREDIA, | |
| Defendant. | |

   Pursuant to the request of the United States of America,

   IT IS ORDERED THAT the Court's stay of its release order of the above-named defendant is hereby rescinded.

DATED: May 12, 2005

                                    SANDRA M. SNYDER
                                    U.S. Magistrate Judge

1